AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

COLLIN L. McGEARY

V.

THE GILLETTE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11319 DPW**

TO: (Name and address of Defendant)

THE GILLETTE COMPANY, c/o CT CORPORATION SYSTEMS,
101 FEDERAL ST., BOSTON MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat, 9 Damonmill Square, Suite 4A-4, Concord MA 01742

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



ANTHONY(?) ...TON     6-23-05

CLERK                  DATE

(By) DEPUTY



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

I hereby certify and return that on 7/13/2005 at 10:15AM I served a true and attested copy of the Summons and First Amended Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to [illegible], agent at the time of service for The Gillette Company, [illegible] Pavilion Systems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00), Total Charges $42.00

Deputy Sheriff   John Cotter                                   _____
                                                                Deputy Sheriff