**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COLLIN L. McGEARY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-11319 DPW |
| v. ) | |
| ) | |
| THE GILLETTE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AMENDED CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company ("Gillette") hereby files this amended corporate disclosure statement.

As of October 1, 2005, Gillette's parent corporation is The Procter & Gamble Company. There is no other publicly traded corporation that owns 10 percent or more of Gillette's stock.

                                             THE GILLETTE COMPANY
                                             By its attorneys,

                                             /s/ Mark P. Szpak
                                             Harvey J. Wolkoff (BBO #532880)
                                             Mark P. Szpak (BBO #546261)
                                             ROPES & GRAY LLP
                                             One International Place
                                             Boston, MA 02110-2624
                                             Telephone: (617) 951-7000
                                             Facsimile: (617) 951-7050

Dated: October 6, 2005