UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN L. McGEARY,<br>On behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11319-PW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

                Respectfully submitted,

                */s/Mark P. Szpak*
                Mark P. Szpak (BBO #546261)
                ROPES & GRAY LLP
                One International Place
                Boston, Massachusetts 02110
                T (617) 951-7522
                F (617) 951-7050

Dated: January 20, 2006

9914578_1.DOC