UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN L. McGEARY,<br>On behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　　　　Defendant. | Civil Action No. 05-11319-PW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO #532880)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated: January 20, 2006

9914586_1.DOC