UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN L. McGEARY,<br>On behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>THE GILLETTE COMPANY,<br><br>                    Defendant. | Civil Action No. 05-11319-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The Gillette Company, in the above captioned action.

                                                    Respectfully submitted,

                                                    */s/Emily C. Shanahan*
                                                    Emily C. Shanahan (BBO #643456)
                                                    ROPES & GRAY LLP
                                                    One International Place
                                                    Boston, Massachusetts 02110
                                                    T (617) 951-7522
                                                    F (617) 951-7050

Dated: January 20, 2006

9914582_1