**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARK DEARMAN, et. al.

    Plaintiff,

v.                                                                  Civil Action No. 05-11177 (DPW)

THE GILLETTE COMPANY,

    Defendant
_____

In re:                                                              MDL Docket No. 1704

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

## PLAINTIFFS' MOTION TO SET SCHEDULE FOR FILING OF APPLICATIONS FOR APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE

The several plaintiffs listed below, representing a substantial group of the cases presently pending in this Court against the Gillette Company arising from Gillette's marketing and sales of its M3Power razor products, respectfully request that this Court establish a date certain for the filing of counsel applications for appointment to the Plaintiffs' Steering Committee ("PSC"). Plaintiffs recognize that one application for class counsel has already been filed, but as discussed below, there is strong opposition to that filing.[1]

As the Court is aware, the various plaintiffs and their respective counsel are preparing for the January 23, 2006 hearing on issues relating to the Joint Scheduling

---

[1] Specifically, on January 13, 2006, an Application for Appointment as Class Counsel was filed by Plaintiff Mark Dearman and other plaintiffs working in conjunction with him (hereafter the "Shapiro/Lerach Group").

Report and Joint Discovery Plan.  During the conferences held to discuss scheduling and discovery issues, one of the outstanding matters addressed among the various plaintiffs' counsel -- including the Shapiro/Lerach Group -- was the timing of applications for interim class counsel status and counsel organization issues.  Counsel representing the Plaintiffs in *McGreary*, *Besinger, et. al*, and *Huskic*, recommended in the Joint Scheduling Report (filed on January 13, 2006) that the Court set a date certain for the receipt of any applications for appointment of interim class counsel, and that date be set ten (10) days from the initial scheduling conference.  *See* Addendum Item 1 to Joint Scheduling Report, attached hereto as Exhibit 1.

Notwithstanding this proposal, on the very day the Joint Scheduling Report was filed (January 13, 2006), the Shapiro/Lerach Group filed an application for its appointment as class counsel.  Significantly, the Shapiro/Lerach Group appears to represent the plaintiffs in only 8 of the 28 pending cases.  The respective counsel in the remaining cases have not joined this pre-emptive application.

The undersigned counsel, on behalf of their respective plaintiffs, take issue with certain of the factual representations contained in the Shapiro/Lerach Group application, and fully expect that there will be competing applications and proposed organizational approaches filed with the Court should the parties be unable to reach agreement on these issues.[2]  The undersigned also respectfully submit that any class counsel applications that are filed, including the pending Shapiro/Lerach Group application, should contain disclosures regarding the applicants' proposed fee or compensation structure.  *See, for example*, January 10, 2006 Order in *In re Intel Corp. Microprocessor Antitrust Litigation*,

---

[2] It is anticipated that in addition to the motion filed herein by undersigned counsel on behalf of their respective plaintiffs, plaintiffs in the *Adoure* and *Corrales* actions intend to file a similar motion addressing their concerns with the Shapiro/Lerach Group filing.

attached hereto as Exhibit 2 (requiring applications to "set forth attorney fee proposals, rates, and percentages that applicants expect to seek if the litigation succeeds in creating a common fund.").

In light of the pre-emptive nature of the Shapiro/Lerach Group application and the disagreement over material matters raised in it, and in anticipation of competing applications, the undersigned respectfully request that the Court set a date twenty (20) days after the January 23, 2006 scheduling hearing to allow the parties to brief this matter fully for the Court's review and to continue organizational discussions.

Respectfully submitted,

*s/ Lance A. Harke*
Lance A. Harke, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL  33130
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

*s/ Lance A. Harke*
Kenneth D. Quat
LAW OFFICE OF KENNETH D. QUAT
9 Damonmill Square, Suite 4A-4
Concord, MA 01742
Telephone:  (978) 369-0848

*Counsel for Plaintiff Colin McGreary*

*s/ Lance A. Harke*
Ben Barnow
Sharon Harris
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 460
Chicago, IL 60602

*s/ Lance A. Harke*
Larry D. Drury
LARRY D. DRURY, LTD
Two N. LaSalle Street, Suite 700
Chicago, IL  60602
Telephone:  (312) 349-7950

Telephone: (212) 349-7950

*s/ Lance A. Harke*
John H. Alexander
JOHN H. ALEXANDER & ASSOC., LLC
100 W. Monroe Street, Suite 2100
Chicago, IL 60603
Telephone: (312) 263-7731

*Counsel for Plaintiff Greg Besinger and David Zavala*

*s/ Lance A. Harke*
Russell A. Wood, Esq.
414 East Parkway
Shaker Heights, OH 44122
Telephone: (479) 967-9986

*Counsel for Mark Adkison*

*s/ Lance A. Harke*
Wayne S. Kreger
Lee Jackson
Gillian Wade
VERBOON, MILSTEIN & PETER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600

*Counsel for Plaintiff David Atkins*

*s/ Lance A. Harke*
Edward W. Cochran, Esq.
20030 Marchmont Road
Russelville, AR 72801
Telephone: (216) 751-5546

*Counsel for Robert Falkner*

*s/ Lance A. Harke*
Frank L. Watson
William F. Burns
WATSON BURNS, PLLC
One Commerce Square, Suite 2600
Memphis, TN 38103
Telephone: (901) 578-3528

 *s/ Lance A. Harke*
Arthur Horne
Murray Wells
HORNE & WELLS, PLLC
81 Monroe Ave, Suite 400
Memphis, TN 38103
Telephone: (901) 507-2520

*Counsel for Plaintiff Tracy Gorea*

s/ Lance A. Harke
John S. Steward
THE BURNSTEIN LAW FIRM, P.C.
225 South Meramec, Suite 925
St. Louis, MO 63105
Telephone:  (314) 725-6060

s/ Lance A. Harke
Joseph V. Neill
5201 Hampton Avenue
St. Louis, MO 63109
Telephone:  (314) 353-1001

s/ Lance A. Harke
Thomas R. Carnes
THE CARNES LAW FIRM
5201 Hampton Avenue
St. Louis, MO 63109
Telephone:  (314) 353-1001

*Counsel for Elvis Huskic*

s/ Lance A. Harke
Brandon O. Gibson
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone: (731) 668-5995

*Counsel for Plaintiff Grant W. Jackson*

s/ Lance A. Harke
Jason B. Rudd
Jon A. York
PENTECOST, GLENN & RUDD,PLLC
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone:  (731) 668-5995

*Counsel for Plaintiff Holly Moore*

s/ Lance A. Harke
Reginald Terrell
THE TERRELL GROUP
223 25th Street
Richmond, CA 94804
Telephone:  (510) 237-9700

s/ Lance A. Harke
Donald Amamgbo
AMAMGBO & ASSOCIATES
1940 Embarcardero
Oakland, CA 94606
Telephone:  (510) 434-7800

*Counsel for Plaintiff Michael Pruitt*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 19th day of January, 2006, on the persons referenced on the attached service list.

| | |
|---|---|
| Brandon O. Gibson<br>Pentecost, Glenn & Rudd, PLLC<br>106 Stonebridge Blvd.<br>Jackson, TN 38305<br><br>*Counsel for Crant W. Jackson* | Frank L. Watson, III<br>William F. Burns<br>Watson Burns, PLLC<br>One Commerce Square, Suite 2600<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* |
| Arthur Horne<br>Murray Wells<br>Horne & Wells, PLLC<br>81 Monroe Ave., Suite 400<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* | Steven A Schwartz<br>Chimicles & Tikellis LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br><br>*Counsel for Steve McGlynn.* |
| Karen Marcus, Esq.<br>MilaF. Bartos, Esq.<br>Finkelstein, Thompson & Loughran<br>1050 30th Street N.W.<br>Washington, D.C. 20007<br><br>*Counsel for Evan Rosenthal and Steve McGlynn* | Joseph J. DePalma<br>Susan D. Pontoriero<br>Lite DePalma Greenberg & Rivas, LLC<br>Two gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>*Counsel for Patrick Coleman* |
| Marck C. Gardy<br>Henry Young<br>Abbey Gardy, LLP<br>212 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Patrick Coleman* | Mitch Kalcheim, Esq.<br>Kalcheims S A L A H<br>10960 Wilshire Blvd., Suite 1790<br>Los Angeles, CA 90024<br><br>*Counsel for David Lipper* |
| Nadeem Faruqi<br>Anthony Vozzolo<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for David Delre* | Stephen M. Sohmer<br>The Sohmer Law Firm<br>One Passaic Avenue<br>Fairfield, NJ 07004<br><br>*Counsel for Joshua Vereb* |

| | |
|---|---|
| Reginald Terrell, Esq.<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804<br><br>*Counsel for Michael Pruitt* | Donald Amamgbo, Esq.<br>Amamgbo & Associates<br>1940 Embarcardero<br>Oakland, CA 94606<br><br>*Counsel for Michael Pruitt* |
| Lionel Z. Glancy, Esq.<br>Michael Goldberg, Esq.<br>Glancy Binkow & Goldber LLP<br>1801 Avenue of the Stars, Suite 311<br>Loas Angeles, CA 90067<br><br>*Counsel for Matthew Marr* | Wayne S. Kreger<br>Lee Jackson<br>Gillian L. Wade<br>Verboon, Milstein & Peter, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br><br>*Counsel for David Atkins* |
| Ben Barnow, Esq.<br>Sharon Harris, Esq.<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 460<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* | Larry D. Drury, Esq.<br>Larry D. Drury, LTD.<br>Two N. LasSalle Street, Suite 700<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* |
| John H. Alexander, Esq.<br>John H. Alexander & Associates, LLC<br>100 W. Monroe Street, Suite 2100<br>Chicago, IL 60603<br><br>*Counsel for Greg Besinger and David Zavala* | John S. Steward, Esq.<br>The Burnstein Law Firm, P.C.<br>225 South Meramec, Suite 925<br>St. Louis, MO 63105<br><br>*Counsel for Greg Besinger David Zavala, and Elvis Huskic* |
| Joseph V. Neill. Esq.<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* | Thomas R. Carnes, Esq.<br>The Carnes Law Firm<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* |
| Alan L. Kovacs, Esq.<br>Law Office of Alan L. Kovacs<br>2001 Beacon Strret, Suite 106<br>Boston, MA 02135<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Steven A. Kanner, Esq.<br>Douglas A. Millen, Esq.<br>Robert J. Wozniak, Jr., Esq.<br>Much Schelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1615<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* |

| | |
|---|---|
| Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Blvd.<br>San Rafael, CA 94901<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Daniel R. Karon, Esq.<br>Goldman Scarla To & Karon, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* |
| Steven J. Greenfogel, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Russell A. Wood, Esq.<br>414 East Parkway<br>Russelville, AR 72801<br><br>*Counsel for Mark Adkison* |
| Harold M. Hewell, Esq.<br>1901 First Avenue, Second Floor<br>Sand Diego, CA 92101<br><br>*Counsel for Luis Gonzales* | Edward W. Cochran, Esq.<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br><br>*Counsel for Robert Falkner* |
| Harvey J. Wolkoff<br>Mark P. Szpak<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624<br><br>*Counsel for The Gillette Company* | Robert E. Bartkus, Esq.<br>Dillon, Bitae & Luther, LLC.<br>P.O. Box 398<br>53 Maple Avenue<br>Morristown, NJ 07963-0398<br><br>*Counsel for The Gillette Company* |

/s/Kenneth D. Quat

*EXHIBIT 1*

## ADDENDUM

### ADDENDUM ITEM 1.

With respect to two of the foregoing paragraphs, plaintiff counsel in *McGeary* (Civil Action No. 05-11319), *Besinger* (Civil Action No. 05-12368), and *Huskic* (Civil Action No. 05-12370) note that they do not agree and that instead they propose the following:

**Paragraph I.b.1 ("Submission of Rule 23(g) applications).**

"[A] clause should be added for filing of motions for designation of interim class counsel et al. and related organizational matters to be filed within ten days of the initial scheduling conference."

**Paragraph II.b.2 ("Class Certification Discovery").**

"[W]e do not agree that class discovery should be limited to 60 days and we will stay with our proposed 90, as we believe the 60 is unduly short for a litigated case."

### ADDENDUM ITEM 2.

As of the time of filing, Gillette notes that it has **not** received assent to the provisions of the foregoing Joint Scheduling Report and Joint Discovery Plan from plaintiff's counsel in the following cases: *Corrales v. The Gillette Company*, (Civil Action No. 05-12332), *Adoure v. The Gillette Company*, (Civil Action No. 05-12336), *Falkner v. The Gillette Company*, Civil Action No. 05-12375. As to those cases, Gillette makes this submission as its own proposal.

### ADDENDUM ITEM 3.

In *Smith v. The Gillette Company*, Civil Action No. 05-12335, Gillette notes that it has received, and is filing simultaneously herewith, "Plaintiff L. Dean Smith, Jr.'s Dismissal of Action Pursuant to F.R.C.P. 41(a)(1)."

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                  :
                                        :
INTEL CORP. MICROPROCESSOR              : MDL Docket No. 05-1717-JJF
ANTITRUST LITIGATION                    :

## O R D E R

WHEREAS, in addition to the principal antitrust action (Civil Action No. 05-441-JJF) in this matter, the Court currently has jurisdiction over forty-one related class action suits, and expects that a significant number of additional class action suits will soon be transferred to its jurisdiction;

WHEREAS, the Court intends to hold an initial conference with respect to all litigation related to this matter at the earliest practical opportunity;

WHEREAS, the Court concludes that fair and efficient representation of the putative class requires the Court to appoint interim class counsel, pursuant to Federal Rule of Civil Procedure 23(g), pending a decision on certification of the class;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Attorneys seeking appointment as class counsel shall file an application with the Court no later than **January 24, 2006**;

2. Applications shall address the applicant's suitability under the criteria set forth in Federal Rule of Civil Procedure 23(g)(1)(C);

3. Applications shall also set forth attorney fee proposals, rates, and percentages that applicants expect to seek if the litigation succeeds in creating a common fund.

January 10, 2006
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE